*General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 97, Misc.   FANELLI *v.* NEW YORK.   Ct. App. N. Y. *Thomas B. Moorhead* and *Leon B. Polsky* for petitioner. *David Diamond* for respondent.

No. 175, Misc.   MILLER *v.* TEXAS.   Ct. Crim. App. Tex.  *John Peace* for petitioner.  *James E. Barlow* and *Preston H. Dial, Jr.,* for respondent.

No. 339, Misc.   CHEVALLIER *v.* TEXAS.   Ct. Crim. App. Tex.  *William E. Gray* and *Maurice M. Davis* for petitioner.

No. 341, Misc.   GRANT *v.* FLORIDA.   Sup. Ct. Fla. Petitioner *pro se.*  *Earl Faircloth,* Attorney General of Florida, and *John S. Burton,* Assistant Attorney General, for respondent.

No. 499, Misc.   BEVERLY *v.* CALIFORNIA.   Dist. Ct. App. Cal., 1st App. Dist.   Petitioner *pro se.*  *Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *John F. Kraetzer,* Deputy Attorneys General, for respondent.

No. 621, Misc.   BRITTEN *v.* GEORGIA.   Sup. Ct. Ga. Petitioner *pro se.*  *Arthur K. Bolton,* Attorney General of Georgia, and *Carter A. Setliff,* Assistant Attorney General, for respondent.

No. 628, Misc.   SIMPSON *v.* LOUISIANA.   Sup. Ct. La. *G. Wray Gill, Sr.,* for petitioner.  *Jim Garrison* for respondent.

No. 719, Misc.   BAKER *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.

No. 785, Misc.   ALLEN *v.* FLORIDA.   Sup. Ct. Fla. *James M. Russ* for petitioner.  *Earl Faircloth,* Attorney